ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number 137909
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
California Bar Number 248634
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423/ 2442
    Facsimile: (213) 894-7819
    E-mail: Keith.Staub@usdoj.gov
         Indira.J.Cameron-Banks@usdoj.gov

JS-6

Attorneys for Eric K. Shinseki, Secretary for the
United States Department of Veterans Affairs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MAUREEN UCHE-UWAKWE,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC K. SHINSEKI, as<br>Secretary for the United States<br>Department of Veterans Affairs,<br><br>    Defendant. | Case No.:EDCV 12-01562 VAP(OPx)<br><br>Consolidated with **No. CV 05-0983 VAP (OPx)**<br><br>**ORDER re: DISMISSAL**<br><br><br>Hon. Virginia A. Phillips |

1

Having considered the Stipulation for Compromise Settlement,

IT IS HEREBY ORDERED 1. The consolidated civil actions CV 12-01562 VAP(OPx), and CV 05-0983 VAP (OPx) are dismissed with prejudice in their entirety.

2. Each party shall bear their own costs of suit and attorney's fees.

3. The Court retains jurisdiction for one (1) year for purposes of addressing any claims arising from the Stipulation.

Dated: December 03, 2013__

*Virginia A. Phillips*

Hon. Virginia A. Phillips